IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CORLEY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL INDEMNITY COMPANY and STERLING CLAIM SERVICES, INC.,**<br><br>**Defendants** | **CIVIL ACTION**<br><br>**No. 2:16-cv-00584-MMB** |

## ORDER

And NOW, this 18th day of April, 2016, for the reasons stated in the foregoing Memorandum, upon consideration of Plaintiff's Motion to Remand (ECF 9), Sterling Claim Services, Inc.'s Motion to Dismiss Plaintiff's Sixth Amended Complaint (ECF 7), and National Indemnity Company's Motion to Strike Certain Allegations in Plaintiff's Sixth Amended Complaint (ECF 8), and all responses and replies thereto, it is hereby **ORDERED** that:

1. The Motion to Remand is **DENIED;**

2. The Motion to Dismiss as to Sterling is **GRANTED**;

3. The Motion to Strike is **GRANTED;** and

4. Pursuant to Rule 11(c)(3), Plaintiff and/or Plaintiff's counsel is **ORDERED** to show cause as to what inquiry Plaintiff and/or his attorney made in deciding to name Sterling as a defendant and continually asserting Sterling was a proper defendant, and also why Plaintiff and/or his attorney filed six amended complaints rather than respond to the merits of Sterling's preliminary objections.

5. Plaintiff's attorney is also **ORDERED** to show cause as to why he should not be sanctioned under 28 U.S.C. § 1927, which allows for costs/attorney's fees against an attorney in certain circumstances which may be applicable here.

6. Plaintiff's counsel must submit a response within fourteen (14) days of the date of this Order.  Defendants may respond within seven (7) days thereafter.

7. The Court will have a hearing at which Plaintiff and Plaintiff's counsel must be present, on May 16, 2016, Courtroom 3A at 10:00 a.m.  The hearing will include a Rule 16 Pretrial Conference to discuss discovery and set deadlines.

        **BY THE COURT:**

         /s/ Michael M. Baylson
        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-584 Corley v. National Indemnity Co\15cv4944.2016.01.04.order re mtd.doc