

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CORLEY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INDEMNITY COMPANY and STERLING CLAIM SERVICES, INC.,<br><br>Defendants | CIVIL ACTION<br><br>No. 2:16-cv-00584-MMB |

## ORDER

AND NOW this 1st day of August, 2016, for the reasons stated in the foregoing Memorandum, the Court concludes that Plaintiff's counsel, Jay Lawrence Fulmer, is subject to sanctions for his conduct in this Court under 28 U.S.C. § 1927. Defendants may file a Bill of Costs and any legal memoranda in support thereof within fourteen (14) days. Plaintiff's counsel may file a colloquy within seven (7) days thereafter.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 16\16-584 Corley v. National Indemnity Co\16cv485 Order on Memo re Sanctions.docx

8/1/16- emailed counsel
given to legal

