IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CORLEY,**<br><br>         **Plaintiff,**<br><br>  v.<br><br>**NATIONAL INDEMNITY COMPANY and STERLING CLAIM SERVICES, INC.,**<br><br>         **Defendants** | **CIVIL ACTION**<br><br>**No. 2:16-cv-00584-MMB** |

## **ORDER**

AND NOW this 9th day of September, 2016, upon consideration of Jay Lawrence Fulmer's Motion for Reconsideration of this Court's August 1, 2016 Order (ECF 40), Defendants' Bill of Costs (ECF 41), and all responses and submissions related thereto, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. The Motion for Reconsideration is **GRANTED** to the extent that this Court hereby **VACATES** its August 1, 2016 Memorandum (ECF 36) and Order (ECF 37). In all other respects, however, the Motion is **DENIED** and Attorney Fulmer is still subject to sanctions;

2. Within fourteen (14) days of this Order, Attorney Fulmer shall pay the sum of $1,000 to Defendants as a sanction pursuant to 28 U.S.C. § 1927.

               BY THE COURT:

               /s/ Michael M. Baylson
               MICHAEL M. BAYLSON
               United States District Court Judge