IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CORLEY,**<br><br>                                    **Plaintiff,**<br><br>v.<br><br>**NATIONAL INDEMNITY COMPANY and STERLING CLAIM SERVICES, INC.,**<br><br>                                    **Defendants** | **CIVIL ACTION**<br><br>**No. 2:16-cv-00584-MMB** |

### REVISED SCHEDULING ORDER

AND NOW this 9th day of September, 2016, upon consideration of Defendant National Indemnity Company's Motions for a Protective Order (ECF 38) and for Bifurcation and a Stay of Discovery on the Bad Faith Claim (ECF 39), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. The Motion to Stay and Bifurcate (ECF 39) is **GRANTED.** The Court's Scheduling Order of May 16, 2016 (ECF 24) is modified as per the below.

2. Resolution of Plaintiff's claim for breach of contract shall proceed as follows:

    a. The parties shall exchange trial exhibits by <u>Monday, October 17, 2016</u>.

        i. Any objections to exhibits shall be served within seven (7) days of receipt, and the parties shall have discussions to resolve objections. Any unresolved objections shall be submitted to the Court prior to the start of trial.

        ii. The parties shall also prepare, as appropriate, summaries and/or charts of evidence pursuant to Federal Rule of Evidence 1006.

    b. The parties shall serve each other with deposition designations by <u>Tuesday, November 1, 2016</u>.

        i. Any objections and/or counter-designations shall be served within seven (7) days of receipt.

    c. Motions in limine are due <u>Tuesday, November 1, 2016</u>. Responses are due within seven (7) days.

    d. A final pretrial conference by telephone will be held on <u>Friday, November 18, 2016</u> at 10:00 a.m. Counsel for Plaintiff shall initiate the call and call Chambers when all counsel are present.

    e. Jury selection will commence at 9:00 a.m. in Courtroom 3A on <u>Monday, November 28, 2016</u>. Trial will begin immediately following jury selection.

        i. Counsel shall exchange voir dire questions by <u>Monday, November 21, 2016.</u>

    f. Points for charge shall be submitted by <u>Monday, November 28, 2016</u>.

3. Defendant may take a one hour deposition of plaintiff, and shall serve any exhibits at least one week prior.

4. Resolution of Plaintiff's bad faith claim shall proceed as follows:

    a. Discovery shall be stayed until the conclusion of trial on the breach of contract claim. Once the stay is lifted, the discovery deadline shall be <u>Monday, February 13, 2017</u> pending further order of the Court.

    b. Plaintiff shall serve any expert reports by <u>Thursday, December 22, 2016</u>.

    c. Defendant shall serve any expert reports by <u>Monday, January 23, 2017</u>.

    d. Dispositive motions shall be filed by <u>Wednesday, March 1, 2017</u>.

      e.  This case shall be entered into the trial pool on <u>Monday, June 12, 2017</u>.

5. The Motion for a Protective Order (ECF 38) is **DENIED WITHOUT PREJUDICE** to renewal at the conclusion of trial on the breach of contract claim.

      BY THE COURT:

      <u>/s/ Michael M. Baylson</u>
      MICHAEL M. BAYLSON
      United States District Court Judge

O:\CIVIL 16\16-584 Corley v. National Indemnity Co\16cv485 Order Re Bifurcation 09092016.docx